UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 117-1 |
| | ) | |
| ANGEL MIGUEL GARCIA | ) | |

## ORDER

The above captioned case filed in the Augusta Division of this Court was previously assigned to the Honorable J. Randal Hall.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Dudley H. Bowen for further plenary disposition.

So ORDERED, this ___ day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA